DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIO MARTINEZ GUZMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3081

[March 21, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 2013CF002803AMB.

Richard L. Rosenbaum of Law Offices of Richard Rosenbaum, Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and FORST, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***